Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
### EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN DAVIS,                    ) | **Case No.:** |
|                                 ) | |
|                                 ) | **COMPLAINT AND DEMAND FOR** |
| Plaintiff,            ) | **JURY TRIAL** |
|                                 ) | |
| vs.                             ) | **(Unlawful Debt Collection Practices)** |
|                                 ) | |
| NCO FINANCIAL SYSTEMS, INC,     ) | |
|                                 ) | |
| Defendant.            ) | |

## COMPLAINT

SUSAN DAVIS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.  *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Phoenix, Maricopa County, Arizona and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

- 2 -

11. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

12. Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by *Cal. Civ. Code §1788.2(b)*, and is a "debt collector" as that term is defined by *Cal. Civ. Code §1788.2(c)*.

### FACTUAL ALLEGATIONS

13. Defendant constantly and continuously places collection calls to Plaintiff and Plaintiff's husband demanding payment for an alleged debt.

14. Defendant constantly and continuously places collection calls to Plaintiff on a debt the Plaintiff does not owe. Plaintiff has on more than one occasion notified Defendant that she does not owe the debt.

15. Defendant failed to notify the Plaintiff that it was a debt collector. They further failed to notify the Plaintiff that anything said during the conversation would be used in the collection of the alleged debt.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff (see voicemails attached hereto as

Exhibit "A" and letter from husband attached as Exhibit "B")

    c.   Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without disclosing his/her identity.

    d.   Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    e.   Defendant violated *§1692e(5)* of the FDCPA by threatening to take action which cannot legally be taken.

    f.   Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

    g.   Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount not authorized by the agreement creating the debt or permitted by law.

17. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "C").

    WHEREFORE, Plaintiff, SUSAN DAVIS, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.


## DEMAND FOR JURY TRIAL

    PLEASE TAKE NOTICE that Plaintiff, SUSAN DAVIS, demands a jury trial in this

cause of action.

RESPECTFULLY SUBMITTED,

DATED:  November 20, 2008          KROHN & MOSS, LTD.


By:      /s/ Ryan Lee
Ryan Lee

Attorney for Plaintiff

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SUSAN DAVIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SUSAN DAVIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11/12/08

_Susan V Davis_

SUSAN DAVIS

# **EXHIBIT A**

Plaintiff is in possession of voicemail recordings of NCO Financial Systems attempting to collect on an alleged debt. Plaintiff will product upon request.

COMPLAINT

**<u>EXHIBIT B</u>**

COMPLAINT

November 12, 2008


Ryan Lee, Attorney at Law
Krohn & Moss, Ltd.
5055 Wilshire Boulevard
Suite 300
Los Angeles, CA 90036

Dear Mr. Lee:

I am writing you to let you know that my wife and I have been consistently bothered for the last four months by a company called NCO Financial with persistent phone calls at all hours of the day and night. My wife has called their number back on three separate occasions and talked to someone there where it was specified by both parties that they had the wrong person. They were in fact probably looking for someone who had our telephone number before we moved here. We just got this number in August of 2008 and since that time they have bugged us on at least 20 occasions with their calls, each time either leaving a message (usually a recording you have to call back) or just leaving a ringing phone with an out of area caller ID. Since my wife has persistently told them she is not the person they are looking for and to get us off the list, they still keep calling.

I am not in good health and sleep a lot during the day. It is really disrupting and hard on my nerves when they just keep calling. Several weeks ago my wife, Susan Davis, got so fed up she finally went on line to contact you and see if this could be stopped. Please do what you can to help us out as this harassment is so uncalled for.

Sincerely,

Barry A. Davis

Barry A. Davis
2109 West Nancy Lane
Phoenix, Arizona 85041

## **EXHIBIT C**

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — YES (NO)
5. Embarrassment when speaking with family or friends — YES (NO)
6. Depressions (sad, anxious, or "empty" moods) — YES (NO)
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — YES (NO)
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — YES (NO)
15. Negative impact on my relationships — YES (NO)

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____
_____
_____
_____
_____
_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: _11/12/08_

_Susan D Davis_
Signed Name

_SUSAN V. DAVIS_
Printed Name