Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DAVIS<br><br>    Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Case No. 08-CV-2811-FCD-KJM<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

Plaintiff, SUSAN DAVIS, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on November 20, 2008. NCO filed its responsive pleading on December 22, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

Stipulation and Order to Dismiss With Prejudice

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 3/3/09    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

          /s/Albert R. Limberg
          Albert R. Limberg,
          Attorney for Defendant,
          NCO Financial Systems, Inc.

Dated: 3/3/09    KROHN & MOSS, LTD.

          /s/ Ryan Lee
          Ryan Lee,
          Attorney for Plaintiff,
          Susan Davis

IT IS SO ORDERED.

Dated: March 3, 2009    _____
          FRANK C. DAMRELL, JR.
          UNITED STATES DISTRICT JUDGE